# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00320-CV

## In re Santino S. Cantu

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's entry of a new order following the court's initial denial of a request for a writ of habeas corpus. *See* Tex. R. App. P. 52.8. Having reviewed the record and considered the statutes, rules, and case law involved, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:   June 22, 2010